IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-00479-EWN-PAC

DONALD HAWK,

    Plaintiff(s),

v.

KEEBLER COMPANY,
KEEBLER FOODS COMPANY, and
KELLOGG COMPANY,

    Defendant(s).

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Joint Motion to Modify Scheduling Order [filed August 24, 2005; doc. 17] is **GRANTED** as follows:

    The Preliminary Pretrial Conference scheduled for September 1, 2005 is **VACATED and RESET** to **September 30, 2005 at 1:00 p.m.** in courtroom A-501.

    The settlement conference scheduled for September 1, 2005 is **VACATED and RESET** to **September 30, 2005 at 1:30 p.m.** with Magistrate Judge Coan.

    The 26(a)(2) deadline extended to **October 10, 2005**.

    Rebuttal 26(a)(2) deadline extended to **November 1, 2005**.

    **No further extensions will be granted.**

    FURTHER, counsel are directed to the Court's Electronic Filing Procedures page 15 for the correct procedure for filing proposed orders.

Dated:  August 24, 2005