IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00479–EWN–PAC

DONALD HAWK,

    Plaintiff,

v.

KEEBLER COMPANY,
KEEBLER FOODS COMPANY, and
KELLOGG COMPANY,

    Defendants.

---

## ORDER OF DISMISSAL

---

THIS MATTER, having come before the Court upon the parties' STIPULATION OF DISMISSAL WITH PREJUDICE, and the Court, being fully advised of the premises therein,

**ORDERS** this case is dismissed, with prejudice, each party to pay his or its own costs and attorney fees.

Dated this 30th day of November, 2005.

                                            BY THE COURT:

                                            s/ Edward W, Nottingham
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge